IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

PATRICE RICHARDSON,

    Plaintiff,

v.                                            No. 1-05-01263 T A

CHRISTIAN METHODIST EPISCOPAL CHURCH,
d/b/a LANE TABERNACLE CME CHURCH and
LANE TABERNACLE CME,

    Defendants.

## ORDER GRANTING MOTION OF DEFENDANT CHRISTIAN METHODIST EPISCOPAL CHURCH FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

This matter came to be heard upon the motion of Defendant Christian Methodist Episcopal Church for an extension of time to file a responsive pleading to the complaint. The Court finds that Defendant has shown good cause to extend the time for filing a responsive pleading to the Complaint and therefore the motion is well taken.

IT IS HEREBY ORDERED that Defendant Christian Methodist Episcopal Church's motion for extension of time to file a responsive pleading to the complaint is granted and Defendant Christian Methodist Episcopal Church is allowed additional time up to and including October 31, 2005 to file a responsive pleading.

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE
S. THOMAS ANDERSON

Date: November 1, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11/4/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01263 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

David M. Rudolph
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable James Todd
US DISTRICT COURT